UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___1:21-mj-03090-AOR___

UNITED STATES OF AMERICA

v

**ROBERT RODRIGUEZ,**
        **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes _X_No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _X_No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared Strauss)? ___Yes _X_No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Hillary T. Irvin
Assistant United States Attorney
Special Court ID No. A5502595
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9094
E-mail: Hillary.Irvin@usdoj.gov

AO 91 (Rev. 11/1   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT RODRIGUEZ,<br><br>Defendant(s) | Case No. 1:21-mj-03090-AOR |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 7, 2020 through May 20, 2021  in the county of  Miami-Dade  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261A(2)(B) | Cyber Stalking |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ernbert Winston Kule-Thomas, FBI Special Agent
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed. R.Crim.P. 4.1 by WhatsApp.

Date:  6/2/21

_____
Judge's signature

City and state:  Miami, Florida        Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
Printed name and title

## SEALED AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ernbert Winston Kule-Thomas, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, currently assigned to the Joint Terrorism Task Force ("JTTF") of the FBI Miami Field Division which is located at 2030 Southwest 145th Avenue, in Miramar, Florida. I have been a Special Agent with the FBI since August of 2014. Among my duties as a Special Agent, I am responsible for the investigation of a variety of violations of federal laws related directly to stalking and threatening communications. I have also conducted federal investigations involving mail fraud, securities fraud, money laundering, computer intrusion, bank robberies, domestic and international terrorism. I have received extensive training in evidence collection as a member of FBI Miami Evidence Response Team. I have also received six months of intensive computer training through the FBI Cyber Division. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code.

2.  This case involves the continuous transmission of threatening and harassing communications from on or about July of 2020, to present, by Robert RODRIGUEZ, a male resident of Miami Springs, Florida. RODRIGUEZ previously had a romantic relationship with M.C., a female resident of Medellin, Colombia, who owns an online marketing business. After M.C. ended the relationship with RODRIGUEZ, she began a romantic relationship with J.D., a male resident of Prince William County, Virginia. J.D.'s adult children and grandchildren reside in Miami-Dade County. After M.C. ended the relationship, RODRIGUEZ harassed J.D. and M.C. by making threatening phone calls, communicating harassing social media messages, and posting nude photos of M.C. on multiple fake social media profiles without M.C.'s consent.

3. This Affidavit is made for the limited purpose of establishing probable cause that RODRIGUEZ committed Cyber Stalking when he acted with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, and used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of death of or serious bodily injury or causes, attempts to cause, or would be reasonably expected to cause substantial emotion distress to a person, in violation of Title 18, United States Code, Section 2261A(2)(B).

4. The information contained within this Affidavit is based upon my personal knowledge, as well as information and documentation that I obtained from other law enforcement officers. Because I submit this Affidavit for the limited purpose of establishing probable cause, it does not contain all of the information known to me concerning this investigation but contains only the facts necessary to establish probable cause for a criminal complaint.

## PROBABLE CAUSE

5. In 2015, RODRIGUEZ and M.C. met through an online dating website. In 2016, RODRIGUEZ visited M.C. at her home in Medellin, Colombia for the first time. Over the course of the four-year relationship, RODRIGUEZ traveled to Medellin to visit M.C. on at least four occasions. M.C. never traveled to the United States to visit RODRIGUEZ, but she would assist with the cost of his travel to Colombia. Although M.C. considered visiting RODRIGUEZ in the United States, the couple broke up frequently and she did not want the risk of obtaining a travel visa and non-refundable ticket. M.C. and RODRIGUEZ discussed the possibility of RODRIGUEZ moving to Medellin, but the relationship began to deteriorate. According to M.C., RODRIGRUEZ

was often controlling and suffered from depression which caused him not to communicate with M.C. for days at a time. On or about January 11, 2020, RODRIGUEZ traveled to Medellin in an attempt to repair the relationship. M.C. decided to terminate the relationship on or about January 26, 2020, after RODRIGUEZ returned to the United States.

6. After the breakup, M.C. began a relationship with J.D., whom she also met online. In March of 2020, J.D. traveled to Medellin to visit M.C. for the first time. RODRIGUEZ continued to contact M.C. from April until July of 2020 attempting to rekindle the relationship, but M.C. refused.

### RODRIGUEZ's Harassing Phone Calls Towards M.C. and J.D.

7. On July 7, 2020, RODRIGUEZ called M.C. using his cell phone number ending in 3894 and again asked to reconcile the relationship. M.C. was on FaceTime with J.D. using her iPad at the time and asked RODRIGUEZ to stop contacting her. M.C. believes that RODRIGUEZ heard J.D. speaking in the background of the call. When RODRIGUEZ realized that M.C. was on a video chat with another man, he became angry, told M.C. that she would "suffer" and abruptly ended the call. A few minutes later, RODRIGUEZ called M.C. back using the same phone number and told M.C. that he or one of his family members would come to her home and hurt her. RODRIGUEZ threatened that he would kill M.C.'s children, her family, her dog, and then kill her last. M.C. was terrified because she knew that RODRGIGUEZ had the means to travel to hurt her, and that he had family in Medellin, Colombia who knew her home address.

8. Minutes later, J.D. received a collect call from an unknown number. Law enforcement believes that the caller was RODRIGUEZ, because the caller specifically referenced M.C. during the call. Based on the use of M.C.'s name and the short length of time between the two phone calls, law enforcement believes RODRIGUEZ used an application to spoof his

3

number.[1] The caller threatened that he knew where J.D. worked, and that he should never talk to M.C. again, or he would go to J.D.'s work to kill him. The caller threatened that he knew where J.D.'s children and grandchildren lived and that he would hurt them if J.D. did not stop interacting with M.C. The caller specifically used the name of J.D.'s children. J.D. attempted to call the number back, but the number was out of service. That evening, both M.C. and J.D. blocked RODRIGUEZ's phone number ending in 3894.

9. On July 8, 2020, J.D. filed a report with Manassas City Police Department in Manassas, Virginia. J.D. told officers that he received a threatening phone call and he was scared for his safety, M.C.'s safety, and the safety of his children and grandchildren. Officers informed J.D. that they could not take any action because the caller used a spoofed number.

10. From July 7, 2020 to August 14, 2020, M.C. and J.D. received over fifty (50) harassing phone calls from various numbers. The caller typically used vulgar language before ending the call. Each time that J.D. tried to call back the phone number, the phone number was disconnected. Because each call had a similar pattern and was made from a later disconnected line, law enforcement believes the caller used a spoofing application.

11. On August 17, 2020, J.D. submitted an online tip to the FBI's Internet Crime Complaint Center alleging that he and M.C. received repeated threatening phone calls from RODRIGUEZ. He explained that M.C. and J.D. started a digital marketing business. J.D. informed the FBI that customers of the marketing business received harassing phone calls from an individual who purported to be J.D. J.D. reported that he believes that harassing caller is RODRIGUEZ

---

[1] A telephone caller can use technology to make a phone call appear to originate from a different number on caller ID. This is commonly referred to as "spoofing."

because, like the calls made to M.C. and J.D., the caller similarly used vulgar language before the caller hung up.

### RODRIGUEZ Uses Social Media to Harass M.C. and J.D. by Posting and Sending M.C.'s Nude Photos

12. J.D. also reported that after the phone call on July 7, 2020, RODRIGUEZ created multiple social media accounts on Instagram to post nude photos of M.C. Instagram is a mobile social media application which operates interstate commerce where users can post, send, and receive photos. J.D. estimated that RODRIGUEZ created two to three new accounts per week to post nude photos of M.C. Law enforcement preserved and obtained subscriber information for ten (10) of the Instagram accounts. Each of the accounts posted or sent nude photos of M.C. These accounts include:

   a. @aliciavilla714

   b. @anibalsoto2112

   c. @bigboy33168

   d. @_canes4life_

   e. @efrain_selastraga

   f. @huganut67

   g. @[J.D.]64

   h. @nicojones0101

   i. @phillnutz

   j. @restrepo_1986

   k. @simonrestrepo2112

5

13. FBI agents obtained subscriber information and Internet Protocol ("IP") addresses for these ten (10) accounts which confirmed that the accounts were created and operated by RODRIGUEZ. Each account showed that IP address 98.254.189.106 was used to login and post content from each account. Comcast records show that IP address 98.254.189.106 is registered to a Comcast internet service account owned by RODRIGUEZ. Subpoena returns from AT&T show that the cell phone number associated with the account is RODRIGUEZ's cell phone number ending in 3894, and the service address is RODRIGUEZ's home address in Miami Springs, Florida.

14. M.C. informed agents that she sent some of the nude photos to RODRIGUEZ during their romantic relationship, but M.C. stated that RODRIGUEZ took many of the nude photos that were posted online without her knowledge or consent. The first time she saw those nude images of herself was on social media.

15. Along with the nude photos, RODRIGUEZ posted M.C.'s real name, cell phone number, and a link to her marketing business website. The social media accounts suggest that M.C. is a prostitute who offers sexual services and invites viewers to call the number. RODRIGUEZ used the accounts to message M.C. and J.D's families. He also used the accounts to post derogatory comments on M.C.'s personal and business social media accounts. RODRIGUEZ sent messages containing nude or provocative photos of M.C. to her marketing clients. As a result of the harassment, one marketing terminated the relationship with M.C.'s business.

**Continued Harassment after FBI Agents Confront RODRIGUEZ**

16. On October 15, 2020, FBI agents interviewed RODRIGUEZ at the FBI Miami Field Office. Agents showed RODRIGUEZ printouts from six (6) Instagram accounts. Law enforcement decided to show RODRIGUEZ printouts from three (3) accounts that they knew

6

RODRIGUEZ created, which are @_canes4life_, @phillnutz, and, @simonrestrepo, and three accounts that law enforcement believed that RODRIGUEZ created based on the images posted from those accounts, which are @chiki2112, @[M.C.]69, @[M.C.]12174.

17. RODRIGUEZ initially denied creating the accounts, but then later admitted to creating all six (6) accounts and posting the nude photos of M.C. RODRIGUEZ stated that he drank heavily due to personal problems and depression since he lost his job. Agents told RODRIGUEZ to stop posting photos of M.C. and to cease all contact with M.C., J.D., and their families.

18. In November of 2020, approximately one month following his interview with FBI agents, RODRIGUEZ resumed posting and sending nude and derogatory photos of M.C. on social media. For example, on December 9, 2020, RODRIGUEZ sent M.C.'s niece three (3) nude photos of M.C.'s nude breasts and buttocks using the account @nicojones0101. On December 30, 2020, RODRIGUEZ contacted J.D.'s daughter using account @[M.C.]46 and asked to be friends on Instagram. J.D.'s daughter denied the request. On January 3, 2021, RODRIGUEZ sent nude photos of M.C.'s breasts to J.D. using account @anibalsoto2112. RODRIGUEZ also messaged J.D. stating "I did shit to your girl you wouldn't do with a farm animal. HAHAHA." As recently as April 30, 2021, RODRIGUEZ used account @[M.C]46 to send nude photos of M.C.'s breast to one of her digital marketing clients, J.C.S.

19. Since FBI agents confronted RODRIGUEZ in October of 2020, agents believe that RODRIGUEZ has created new fake social media profiles to send nude photos of M.C. to her son, her son's friends, and J.D's children, which agents are still investigating. Agents discovered a Facebook profile depicting J.D.'s three grandchildren which was also used to send nude photos of

7

M.C. to family members of J.D. As recently as May of 2021, agents identified new accounts which have communicated nude photos of M.C. to M.C. and J.D. believed to be created by RODRIGUEZ.

## CONCLUSION

20. Based on the above information, I respectfully submit that there is probable cause to believe that from on or about July 7, 2020, to present, in the Southern District of Florida, and elsewhere, RODRIGUEZ committed Cyber Stalking when he acted with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, and, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of death of or serious bodily injury or causes, attempts to cause, or would be reasonably expected to cause substantial emotion distress to a person, in violation of Title 18, United States Code, Section 2261A(2)(B) (Cyber Stalking).

FURTHER AFFIANT SAYETH NAUGHT.

SA Ernbert Winston Kule-Thomas
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by __WhatsApp__
this _2nd_ day of June 2021, in Miami, Florida.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE